The Board of Commissioners of Wells County *et al. v.* Huffman.

## No. 13,327.

## THE BOARD OF COMMISSIONERS OF WELLS COUNTY ET AL. *v.* JAMISON.

From the Wells Circuit Court.

*J. S. Dailey, L. Mock, A. Simmons, E. R. Wilson* and *J. J. Todd,* for appellants.

ELLIOTT, J.—Affirmed on the authority of *Board of Commissioners of Wells County* v. *Gruver, ante,* p. 224.

Filed June 15, 1888.

## No. 13,325.

## THE BOARD OF COMMISSIONERS OF WELLS COUNTY ET AL. *v.* LATIMORE.

From the Wells Circuit Court.

*J. S. Dailey, L. Mock, A. Simmons, E. R. Wilson* and *J. J. Todd,* for appellants.

ELLIOTT, J.—Affirmed on the authority of *Board of Commissioners of Wells County* v. *Gruver, ante,* p. 224.

Filed June 15, 1888.

## No. 13,352.

## THE BOARD OF COMMISSIONERS OF WELLS COUNTY ET AL. *v.* JAMISON ET AL.

From the Wells Circuit Court.

*J. S. Dailey, L. Mock, A. Simmons, E. R. Wilson* and *J. J. Todd,* for appellants.

ELLIOTT, J.—Affirmed on the authority of *Board of Commissioners of Wells County* v. *Gruver, ante,* p. 224.

Filed June 15, 1888.

## No. 13,351.

## THE BOARD OF COMMISSIONERS OF WELLS COUNTY ET AL. *v.* HUFFMAN.

From the Wells Circuit Court.

*J. S. Dailey, L. Mock, A. Simmons, E. R. Wilson* and *J. J. Todd,* for appellants.

ELLIOTT, J.—Affirmed on the authority of *Board of Commissioners of Wells County* v. *Gruver, ante,* p. 224.

Filed June 15, 1888.